1  MICHAEL D. SEPLOW, SBN 150183
   mseplow@sshhlaw.com
2  AIDAN C. McGLAZE, SBN 277270
   amcglaze@sshhlaw.com
3  SCHONBRUN SEPLOW HARRIS &
   HOFFMAN LLP
4  11543 W. Olympic Blvd.
   Los Angeles, CA 90064
5  Telephone:   (310) 396-0731
   Facsimile:   (310) 399-7040
6
   GERARD V. MANTESE (MI Bar # P34424)
7  gmantese@manteselaw.com
   DAVID HONIGMAN (MI Bar # P33146)
8  dhonigman@manteselaw.com
   KATHRYN EISENSTEIN (MI Bar #P66371)
9  keisenstein@manteselaw.com
   MANTESE HONIGMAN, P.C.
10 1361 E. Big Beaver Road
   Troy, MI 48083
11 Telephone:   (248) 457-9200
   Facsimile:   (248)-457-9201
12
   PATRICIA A. STAMLER (MI Bar #35905)
13 pstamler@hertzschram.com
   MATTHEW TURCHYN (MI Bar #76482)
14 mturchyn@hertzschram.com
   HERTZ SCHRAM PC
15 1760 South Telegraph Road, Suite 300
   Bloomfield Hills, MI 48302
16 Tel: 248-335-5000
   Fax: 248-335-3346
17
   *Attorneys for Plaintiffs*

ROSEMARIE T. RING, SBN 220769
rose.ring@mto.com
JONATHAN H. BLAVIN, SBN 230269
jonathan.blavin@mto.com
ELIZABETH A. KIM, SBN 295277
Elizabeth.Kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077

*Attorneys for Defendant, Facebook, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSEMARIE VARGAS, KISHA SKIPPER, JAZMINE SPENCER, DEILLO RICHARDS, on behalf of themselves individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. 3:19-cv-05081-WHO<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER CONTINUING DATES AND SETTING BRIEFING SCHEDULE**<br><br>Judge:   Hon. William H. Orrick<br>Courtroom 2, 17th Floor<br>Action Filed: August 16, 2019 |

44351432.1                                                                              3:19-cv-05081-WHO

MODIFIED STIPULATION AND [PROPOSED] ORDER CONTINUING DATES AND BRIEFING SCHEDULE

1    Plaintiffs Rosemarie Vargas, Kisha Skipper, Jazmine Spencer, Deillo Richards, and
2 Defendant Facebook, Inc. ("Facebook") (collectively, the "Parties"), by and through their
3 respective counsel of record, hereby stipulate as follows:
4    WHEREAS, on November 15, 2019, the Court entered a stipulated order reflecting the
5 Parties' agreement to a schedule that would allow them to engage in mediation in February 2020
6 without the Parties having to engage in motion practice or the Court having to hold an initial Case
7 Management Conference ("CMC") until after the mediation (ECF. No. 29);
8    WHEREAS, on January 16, 2020, the Court entered an amended stipulated order adjusting
9 the schedule by one month because, due to mediator availability and scheduling conflicts, the
10 Parties had to schedule the mediation for March 10, 2020 (ECF No. 32);
11    WHEREAS, due to office closures and travel restrictions relating to the COVID-19
12 (Coronavirus Disease) outbreak, the parties had to reschedule the March 10, 2020 mediation to
13 April 24, 2020, and therefore request that the modified schedule be adjusted as follows consistent
14 with their intention to allow the parties to engage in mediation without having to engage in motion
15 practice or the Court having to hold an initial CMC: (1) Facebook's deadline to respond to the
16 Complaint should be set for May 8, 2020; (2) the CMC currently set for June 10, 2020 at 2:00 p.m.
17 should be continued to July 8, 2020 at 2:00 p.m., or the earliest date thereafter that is convenient
18 for the Court and the related dates and deadlines should also be extended accordingly; and (3)
19 Facebook's anticipated motion to dismiss the Complaint should be briefed on the following
20 schedule and set for hearing on the same date as the CMC:
21    Motion to dismiss due: May 8, 2020
22    Opposition due: June 3, 2020
23    Reply due: June 22, 2020
24    THEREFORE IT IS HEREBY STIPULATED AND AGREED THAT, subject to the
25 Court's approval, (1) Facebook's deadline to respond to the Complaint should be set for May 8,
26 2020; (2) the CMC currently set for June 10, 2020 at 2:00 p.m. should be continued to July 8,
27 2020 at 2:00 p.m., or the earliest date thereafter that is convenient for the Court and the related
28 dates and deadlines should also be extended accordingly; and (3) Facebook's anticipated motion to

dismiss the Complaint should be briefed on the following schedule and set for hearing on the same date as the CMC:

    Motion to dismiss due: May 8, 2020

    Opposition due: June 3, 2020

    Reply due: June 22, 2020

DATED:  April 3, 2020          MANTESE HONIGMAN, P.C.

By:   */s/Gerard Mantese*
      GERARD MANTESE
Attorneys for Plaintiffs

DATED:  April 3, 2020          MUNGER, TOLLES & OLSON LLP
      ROSEMARIE T. RING
      JONATHAN H. BLAVIN
      JOSHUA PATASHNIK
      ELIZABETH A. KIM

By:   */s/Rosemarie T. Ring*
      ROSEMARIE T. RING
Attorneys for Defendant Facebook, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

WILLIAM H. ORRICK
United States District Judge

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I, Rosemarie T. Ring, am the ECF User whose ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from the signatories.

               /s/ Rosemarie T. Ring
ROSEMARIE T. RING