| | |
|---|---|
| MICHAEL D. SEPLOW, SBN 150183<br>mseplow@sshhlaw.com<br>AIDAN C. McGLAZE, SBN 277270<br>amcglaze@sshhlaw.com<br>SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP<br>11543 W. Olympic Blvd.<br>Los Angeles, CA 90064<br>Telephone: (310) 396-0731<br>Facsimile: (310) 399-7040<br><br>GERARD V. MANTESE (MI Bar # P34424)<br>gmantese@manteselaw.com<br>DAVID HONIGMAN (MI Bar # P33146)<br>dhonigman@manteselaw.com<br>KATHRYN EISENSTEIN (MI Bar #P66371)<br>keisenstein@manteselaw.com<br>MANTESE HONIGMAN, P.C.<br>1361 E. Big Beaver Road<br>Troy, MI 48083<br>Telephone: (248) 457-9200<br>Facsimile: (248)-457-9201<br><br>PATRICIA A. STAMLER (MI Bar #35905)<br>pstamler@hertzschram.com<br>MATTHEW TURCHYN (MI Bar #76482)<br>mturchyn@hertzschram.com<br>HERTZ SCHRAM PC<br>1760 South Telegraph Road, Suite 300<br>Bloomfield Hills, MI 48302<br>Tel: 248-335-5000<br>Fax: 248-335-3346<br><br>*Attorneys for Plaintiffs* | ROSEMARIE T. RING, SBN 220769<br>rose.ring@mto.com<br>JONATHAN H. BLAVIN, SBN 230269<br>jonathan.blavin@mto.com<br>ELIZABETH A. KIM, SBN 295277<br>Elizabeth.Kim@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street<br>Twenty-Seventh Floor<br>San Francisco, California 94105-2907<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077<br><br>*Attorneys for Defendant, Facebook, Inc.* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSEMARIE VARGAS, KISHA SKIPPER, JAZMINE SPENCER, DEILLO RICHARDS, on behalf of themselves individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. 3:19-cv-05081-WHO<br><br>**AMENDED STIPULATION AND ORDER CONTINUING DATES AND SETTING BRIEFING SCHEDULE**<br><br>Judge: Hon. William H. Orrick<br>Courtroom 2, 17th Floor<br>Action Filed: August 16, 2019 |

1  Plaintiffs Rosemarie Vargas, Kisha Skipper, Jazmine Spencer, Deillo Richards, and
2 Defendant Facebook, Inc. ("Facebook") (collectively, the "Parties"), by and through their
3 respective counsel of record, hereby stipulate as follows:
4  WHEREAS, on November 15, 2019, the Court entered a stipulated order reflecting the
5 Parties' agreement to a schedule that would allow them to engage in mediation in February 2020
6 without the Parties having to engage in motion practice or the Court having to hold an initial Case
7 Management Conference ("CMC") until after the mediation (ECF. No. 29);
8  WHEREAS, on January 16, 2020, the Court entered an amended stipulated order adjusting
9 the schedule by one month because, due to mediator availability and scheduling conflicts, the
10 Parties had to schedule the mediation for March 10, 2020 (ECF No. 32);
11  WHEREAS, due to office closures and travel restrictions relating to the COVID-19
12 (Coronavirus Disease) outbreak, the parties had to reschedule the March 10, 2020 mediation to
13 April 24, 2020, and therefore request that the modified schedule be adjusted as follows consistent
14 with their intention to allow the parties to engage in mediation without having to engage in motion
15 practice or the Court having to hold an initial CMC: (1) Facebook's deadline to respond to the
16 Complaint should be set for May 8, 2020; (2) the CMC currently set for June 10, 2020 at 2:00 p.m.
17 should be continued to July 8, 2020 at 2:00 p.m., or the earliest date thereafter that is convenient
18 for the Court and the related dates and deadlines should also be extended accordingly; and (3)
19 Facebook's anticipated motion to dismiss the Complaint should be briefed on the following
20 schedule and set for hearing on the same date as the CMC:
21  Motion to dismiss due: May 8, 2020
22  Opposition due: June 3, 2020
23  Reply due: June 22, 2020
24  THEREFORE IT IS HEREBY STIPULATED AND AGREED THAT, subject to the
25 Court's approval, (1) Facebook's deadline to respond to the Complaint should be set for May 8,
26 2020; (2) the CMC currently set for June 10, 2020 at 2:00 p.m. should be continued to July 8,
27 2020 at 2:00 p.m., or the earliest date thereafter that is convenient for the Court and the related
28 dates and deadlines should also be extended accordingly; and (3) Facebook's anticipated motion to

dismiss the Complaint should be briefed on the following schedule and set for hearing on the same date as the CMC:

    Motion to dismiss due: May 8, 2020

    Opposition due: June 3, 2020

    Reply due: June 22, 2020

DATED: April 3, 2020     MANTESE HONIGMAN, P.C.

By: _____*/s/Gerard Mantese*_____
    GERARD MANTESE
Attorneys for Plaintiffs

DATED: April 3, 2020     MUNGER, TOLLES & OLSON LLP
    ROSEMARIE T. RING
    JONATHAN H. BLAVIN
    JOSHUA PATASHNIK
    ELIZABETH A. KIM

By: _____*/s/Rosemarie T. Ring*_____
    ROSEMARIE T. RING
Attorneys for Defendant Facebook, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 4/6/2020

_____
WILLIAM H. ORRICK
United States District Judge

## ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)

I, Rosemarie T. Ring, am the ECF User whose ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from the signatories.

/s/ Rosemarie T. Ring
ROSEMARIE T. RING