1  ROSEMARIE T. RING (State Bar No. 220769)
   Rose.Ring@mto.com
2  MARIANNA MAO (State Bar No. 318070)
   Marianna.Mao@mto.com
3  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
4  Twenty-Seventh Floor
   San Francisco, California 94105-2907
5  Telephone:    (415) 512-4000
   Facsimile:    (415) 512-4077
6
   Attorneys for Defendant Facebook Inc.
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSEMARIE VARGAS, KISHA SKIPPER, JAZMINE SPENCER, DEILLO RICHARDS, on behalf of themselves individually, and on behalf of all others similarly situated,,<br><br>Plaintiffs,<br><br>vs.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. 19-cv-05081<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT FACEBOOK, INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>Judge: Hon. William H. Orrick<br>Hearing Date: July 22, 2020<br>Hearing Time: 2:00 p.m. |

1  This Court, having read and considered Defendant Facebook, Inc.'s Motion to Dismiss
2  Plaintiffs' Complaint filed by Plaintiffs Rosemarie Vargas, Kisha Skipper, Jazmine Spencer, and
3  Deillo Richards, as well as other briefing and documents filed with the Court, GRANTS
4  Facebook's motion to dismiss WITH PREJUDICE. All of Plaintiffs' causes of action are hereby
5  dismissed WITH PREJUDICE.
6  **IT IS SO ORDERED.**

7
8  Dated:
9
10                                                                          The Hon. William H. Orrick
11
12
13
14  Submitted by:
15  MUNGER, TOLLES & OLSON LLP
16  By:   /s/ Rosemarie T. Ring
17        ROSEMARIE T. RING
18  Attorneys for Defendant Facebook, Inc.
19
20
21
22
23
24
25
26
27
28