1    ROSEMARIE T. RING (State Bar No. 220769)
     Rose.Ring@mto.com
2    MARIANNA MAO (State Bar No. 318070)
     Marianna.Mao@mto.com
3    MUNGER, TOLLES & OLSON LLP
     560 Mission Street
4    Twenty-Seventh Floor
     San Francisco, California 94105-2907
5    Telephone:     (415) 512-4000
     Facsimile:     (415) 512-4077
6
     Attorneys for Defendant Facebook Inc.
7

8

9

10

11

12                          UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

14

15

16   ROSEMARIE VARGAS,                    Case No. 19-cv-05081
     KISHA SKIPPER, JAZMINE
17   SPENCER, DEILLO RICHARDS, on         **DEFENDANT FACEBOOK, INC.'S
     behalf of themselves individually, and on   REQUEST FOR JUDICIAL NOTICE IN
18   behalf of all others similarly situated,   SUPPORT OF MOTION TO DISMISS
                                         PLAINTIFFS' COMPLAINT**
19            Plaintiffs,

20       vs.                              Judge: Hon. William H. Orrick
                                          Hearing Date: July 22, 2020
21   FACEBOOK, INC.,                      Hearing Time: 2:00 p.m.

22            Defendant.

23

24       Defendant Facebook, Inc. ("Facebook") respectfully requests that this Court take judicial

25   notice of the following documents attached as Exhibits A, B and C to the Declaration of

26   Rosemarie T. Ring ("Ring Declaration"), filed concurrently herewith in support of Facebook's

27   Motion to Dismiss Plaintiffs' Complaint ("Motion"):

28

                                                          Case No. 3:19-cv-07185-JSC

1    1.  Facebook's "Discriminatory Practices" subpage of its "Advertising Policies"

2        webpage, attached as Exhibit A to the Ring Declaration.

3    2.  Facebook's "Advertising Policies" webpage, attached as Exhibit B to the Ring

4        Declaration.

5    3.  Facebook's "Ad Library" webpage, attached as Exhibit C to the Ring Declaration.

6        Facebook's Motion can and should be granted regardless of whether this Request is granted.

7    But should the Court wish to consider the exhibits attached to the Request in resolving Facebook's

8    Motion, such consideration is proper under Ninth Circuit law.

9        In deciding a motion to dismiss under Federal Rule of Civil Procedure 12, a district court

10   may "consider certain materials—documents attached to the complaint, documents incorporated by

11   reference in the complaint, or matters of judicial notice—without converting the motion to dismiss

12   into a motion for summary judgment."  *United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003).

13       Exhibits A, B, and C attached to the Ring Declaration are Facebook's advertising policies

14   and Facebook's current Ad Library page.  These are documents are publicly available and "can be

15   accurately and readily determined from sources whose accuracy cannot reasonably be questioned."

16   Fed. R. Evid. 201(b)(2).  As matters of public record, they are appropriate subjects of judicial notice.

17   *See, e.g.*, *In re Yahoo Mail Litig.*, 7 F. Supp. 3d 1016, 1025 (N.D. Cal. 2014) (taking judicial notice

18   of Yahoo's Terms of Service, Privacy Policy, Global Communications Additional Terms of Service,

19   and Yahoo Mail FAQ as they are "publicly accessible websites"); *Datel Holdings Ltd. v. Microsoft*

20   *Corp.*, 712 F. Supp. 2d 974, 983-84 (N.D. Cal. 2010) (taking judicial notice of Xbox Live terms of

21   use available online as they are "capable of accurate and ready determination").

22       Facebook respectfully requests that, pursuant to Federal Rule of Evidence 201, the Court

23   take judicial notice of these documents.

24

25

26

27

28

1   DATED:  May 22, 2020                    MUNGER, TOLLES & OLSON LLP

2

3
                                           By:   */s/ Rosemarie T. Ring*
4                                                ROSEMARIE T. RING
                                           Attorneys for Defendant Facebook, Inc.
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Request for Judicial Notice ISO Motion To Dismiss FAC