1 | ROSEMARIE T. RING (State Bar No. 220769)
Rose.Ring@mto.com
2 | MARIANNA MAO (State Bar No. 318070)
Marianna.Mao@mto.com
3 | MUNGER, TOLLES & OLSON LLP
560 Mission Street
4 | Twenty-Seventh Floor
San Francisco, California 94105-2907
5 | Telephone:    (415) 512-4000
Facsimile:      (415) 512-4077

Attorneys for Defendant Facebook Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSEMARIE VARGAS, KISHA SKIPPER, JAZMINE SPENCER, DEILLO RICHARDS, on behalf of themselves individually, and on behalf of all others similarly situated,,<br><br>Plaintiffs,<br><br>vs.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. 19-cv-05081<br><br>**DECLARATION OF ROSEMARIE T. RING IN SUPPORT OF DEFENDANT FACEBOOK, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF FACEBOOK'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>Judge: Hon. William H. Orrick<br>Hearing Date: July 22, 2020<br>Hearing Time: 2:00 p.m. |

1  I, Rosemarie T. Ring, declare as follows:

2  I am an attorney licensed in the State of California and admitted to practice before this Court. I am counsel for Defendant Facebook, Inc. in the above-captioned action. I have personal knowledge of the facts set forth below, and could testify competently to those facts if called upon to do so.

1. Attached hereto as Exhibit A is a true and correct copy of Facebook's "Discriminatory Practices" subpage of its "Advertising Policies" webpage. Munger, Tolles & Olson employees working at my direction obtained a copy of this webpage on February 19, 2020, from the following website: https://www.facebook.com/policies/ads/prohibited_content/discriminatory_practices.

2. Attached hereto as Exhibit B is a true and correct copy of Facebook's Advertising Policies. Munger, Tolles & Olson employees working at my direction obtained a copy of Facebook's Advertising Policies on February 19, 2020, from the following website: https://www.facebook.com/policies/ads/.

3. Attached hereto as Exhibit C is a true and correct copy of Facebook's "Ad Library" webpage. Munger, Tolles, & Olson employees working at my direction obtained a copy of this webpage on May 1, 2020, from the following website: https://www.facebook.com/ads/library/?active_status=all&ad_type=all&country=US&impression_search_field=has_impressions_lifetime.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 22, 2020, in San Francisco, California.

                                        */s/ Rosemarie T. Ring*
                                            Rosemarie T. Ring

RING DECLARATION ISO FACEBOOK'S MOTION TO DISMISS

# EXHIBIT A

Sign Up                                                                                  Join or Log Into Facebook

**Advertising Policies**

◂ **Prohibited Content**

1. Community Standards
2. Illegal Products or Services
3. Discriminatory Practices
4. Tobacco and Related Products
5. Drugs & Drug-Related Products
6. Unsafe Supplements
7. Weapons, Ammunition, or Explosives
8. Adult Products or Services
9. Adult Content
10. Third-Party Infringement
11. Sensational Content
12. Personal Attributes
13. Misinformation
14. Controversial Content
15. Non-Functional Landing Page
16. Cheating and Deceitful Practices
17. Grammar & Profanity
18. Nonexistent Functionality
19. Personal Health
20. Payday Loans, Paycheck Advances, and Bail Bonds
21. Multilevel Marketing
22. Penny Auctions
23. Misleading Claims
24. Low Quality or Disruptive Content
25. Spyware or Malware
26. Automatic Animation
27. Unacceptable Business Practices
28. Circumventing Systems
29. Prohibited Financial Products and Services
30. Sale of Body Parts

## 3. Discriminatory Practices

**Policy**

Ads must not discriminate or encourage discrimination against people based on personal attributes such as race, ethnicity, color, national origin, religion, age, sex, sexual orientation, gender identity, family status, disability, medical or genetic condition.

Facebook prohibits advertisers from using our ads products to discriminate against people. This means that advertisers may not (1) use our audience selection tools to (a) wrongfully target specific groups of people for advertising (see Advertising Policy 7.1 on Targeting), or (b) wrongfully exclude specific groups of people from seeing their ads; or (2) include discriminatory content in their ads. Advertisers are also required to comply with applicable laws that prohibit discrimination (see Advertising Policy 4.2 on Illegal Products or Services). These include laws that prohibit discriminating against groups of people in connection with, for example, offers of housing, employment, and credit.

Any United States advertiser or advertiser targeting the United States that is running credit, housing or employment ads, must self identify as a Special Ad Category, as it becomes available, and run such ads with approved targeting options.

Additional information and resources on United States non-discrimination laws:

U.S. Department of Housing and Urban Development

U.S. Equal Employment Opportunity Commission

Consumer Financial Protection Bureau

American Civil Liberties Union

Leadership Conferences on Civil and Human Rights

Department of Justice – Civil Rights Division

National Fair Housing Alliance

Disclaimer: This guide is not a substitute for legal advice. Consult a legal professional for specific advice about your situation.

---

Was this explanation helpful?

[Yes] [No]

# EXHIBIT B

Sign Up

Join or Log Into Facebook

**Advertising Policies**

Overview

The Ad Review Process

Steps to Take if Disapproved

Prohibited Content

Restricted Content

Video Ads

Targeting

Positioning

Text in Ad Images

Lead Ads

Use of Our Brand Assets

Data Use Restrictions

Things You Should Know

## 1. Overview

### Understanding Our Policies

Our Advertising Policies provide guidance on what types of ad content are allowed. When advertisers place an order, each ad is reviewed against these policies. If you think your ad was mistakenly disapproved, please let us know.

### Common Points of Confusion

To help you build a compliant and user-friendly ads experience we've highlighted some common areas of confusion. Click the links below to learn more about each policy:

- Personal Attributes
- Sexually Suggestive Content
- Facebook's Brands

## 2. The Ad Review Process

Before ads show up on Facebook or Instagram, they're reviewed to make sure they meet our Advertising Policies. Typically most ads are reviewed within 24 hours, although in some cases it may take longer.

### What We Consider

During the ad review process, we'll check your ad's images, text, targeting, and positioning, in addition to the content on your ad's landing page. Your ad may not be approved if the landing page content isn't fully functional, doesn't match the product/service promoted in your ad or doesn't fully comply with our Advertising Policies.



### What Happens After an Ad is Reviewed?

After your ad is reviewed, you'll receive a notification letting you know if your ad is approved. If it's approved, we'll start running your ad and you can see your results in the Ads Manager.

4

**Advertising Policies**

Overview

The Ad Review Process

Steps to Take if Disapproved

Prohibited Content

Restricted Content

Video Ads

Targeting

Positioning

Text in Ad Images

Lead Ads

Use of Our Brand Assets

Data Use Restrictions

Things You Should Know

### 3. Steps to Take if Disapproved

#### Edit Your Ad

If your ad isn't approved for not fully complying with our policies, you can edit it and resubmit for review. To edit your ad:

- Check the email address associated with your advertising account. If your ad doesn't get approved, we'll send you an email with details that explain why.
- Using the information in your disapproval email, you can edit your ad and create a compliant one. Check this page for editing steps.
- Save your edited changes. Once you save your changes, your ad will be resubmitted for review.

#### Appeal the Decision

If you can't edit your ad or feel it was a mistake that it wasn't approved, you can appeal the decision using this form.

### 4. Prohibited Content

#### 1. Community Standards

Ads must not violate our Community Standards. Ads on Instagram must not violate the Instagram Community Guidelines.

#### 2. Illegal Products or Services

Ads must not constitute, facilitate, or promote illegal products, services or activities. Ads targeted to minors must not promote products, services, or content that are inappropriate, illegal, or unsafe, or that exploit, mislead, or exert undue pressure on the age groups targeted.

#### 3. Discriminatory Practices

Ads must not discriminate or encourage discrimination against people based on personal attributes such as race, ethnicity, color, national origin, religion, age, sex, sexual orientation, gender identity, family status, disability, medical or genetic condition.

Learn more

#### 4. Tobacco and Related Products

Ads must not promote the sale or use of tobacco products and related paraphernalia. Advertisements must not promote electronic cigarettes, vaporizers, or any other products that simulate smoking.

Learn more

#### 5. Drugs & Drug-Related Products

Ads must not promote the sale or use of illegal, prescription, or recreational drugs.

Learn more

#### 6. Unsafe Supplements

Ads must not promote the sale or use of unsafe supplements, as determined by Facebook in its sole discretion.

Learn more

#### 7. Weapons, Ammunition, or Explosives

Ads must not promote the sale or use of weapons, ammunition, or explosives. This includes ads for weapon modification accessories.

Learn more

5

**Advertising Policies**

Overview

The Ad Review Process

Steps to Take if Disapproved

Prohibited Content

Restricted Content

Video Ads

Targeting

Positioning

Text in Ad Images

Lead Ads

Use of Our Brand Assets

Data Use Restrictions

Things You Should Know

### 8. Adult Products or Services

Ads must not promote the sale or use of adult products or services, except for ads for family planning and contraception. Ads for contraceptives must focus on the contraceptive features of the product, and not on sexual pleasure or sexual enhancement, and must be targeted to people 18 years or older.

Learn more

### 9. Adult Content

Ads must not contain adult content. This includes nudity, depictions of people in explicit or suggestive positions, or activities that are overly suggestive or sexually provocative.

Ads that assert or imply the ability to meet someone, connect with them or view content created by them must not be positioned in a sexual way or with an intent to sexualise the person featured in the ad.

Learn more

### 10. Third-Party Infringement

Ads must not contain content that infringes upon or violates the rights of any third party, including copyright, trademark, privacy, publicity, or other personal or proprietary rights. To report content that you feel may infringe upon or violate your rights, please visit our Intellectual Property Help Center.

### 11. Sensational Content

Ads must not contain shocking, sensational, disrespectful or excessively violent content.

Learn more

### 12. Personal Attributes

Ads must not contain content that asserts or implies personal attributes. This includes direct or indirect assertions or implications about a person's race, ethnic origin, religion, beliefs, age, sexual orientation or practices, gender identity, disability, medical condition (including physical or mental health), financial status, membership in a trade union, criminal record, or name.

Learn more

### 13. Misinformation

Facebook prohibits ads that include claims debunked by third-party fact checkers or, in certain circumstances, claims debunked by organizations with particular expertise. Advertisers that repeatedly post information deemed to be false may have restrictions placed on their ability to advertise on Facebook. Find out more about Fact Checking on Facebook here.

Learn more

### 14. Controversial Content

Ads must not contain content that exploits controversial political or social issues for commercial purposes.

### 15. Non-Functional Landing Page

Ads must not direct people to non-functional landing pages. This includes landing page content that interferes with a person's ability to navigate away from the page.

Learn more

### 16. Cheating and Deceitful Practices

Ads may not promote products or services that are designed to enable a user to engage in cheating or deceitful practices.

Learn more

### 17. Grammar & Profanity

Ads must not contain profanity or bad grammar and punctuation. Symbols, numbers and letters must be used properly without the intention of circumventing our ad review process or other enforcement systems.

6

Learn more

### 18. Nonexistent Functionality

Ads must not contain images that portray nonexistent functionality. This includes imagery that replicates play buttons, notifications, or checkboxes, as well as ads containing features that do not work, such as multiple choice options in the ad creative itself.

Learn more

### 19. Personal Health

Ads must not contain "before-and-after" images or images that contain unexpected or unlikely results. Ad content must not imply or attempt to generate negative self-perception in order to promote diet, weight loss, or other health related products.

Learn more

### 20. Payday Loans, Paycheck Advances, and Bail Bonds

Ads may not promote payday loans, paycheck advances, bail bonds, or any short-term loans intended to cover someone's expenses until their next payday. Short term loan refers to a loan of 90 days or less.

### 21. Multilevel Marketing

Ads promoting income opportunities must fully describe the associated product or business model, and must not promote business models offering quick compensation for little investment, including multilevel marketing opportunities.

Learn more

### 22. Penny Auctions

Ads may not promote penny auctions, bidding fee auctions, or other similar business models.

### 23. Misleading Claims

Ads must not contain deceptive, false, or misleading claims like those relating to the effectiveness or characteristics of a product or service or claims setting unrealistic expectations for users such as misleading health, employment or weight-loss claims.

Learn more

### 24. Low Quality or Disruptive Content

Ads must not contain content leading to external landing pages that provide an unexpected or disruptive experience. This includes misleading ad positioning, such as overly sensationalized headlines or prompts for users to inauthentically interact with the ad, and leading people to landing pages that contain minimal original content and a majority of unrelated or low quality ad content. For more information on what we consider low quality, visit our Ads Help Center.

Learn more

### 25. Spyware or Malware

Ads must not contain spyware, malware, or any software that results in an unexpected or deceptive experience. This includes links to sites containing these products.

### 26. Automatic Animation

Ads must not contain audio or flash animation that plays automatically without a person's interaction or expands within Facebook after someone clicks on the ad.

### 27. Unacceptable Business Practices

Ads must not promote products, services, schemes or offers using deceptive or misleading practices, including those meant to scam people out of money or personal information.

Learn more

### 28. Circumventing Systems

**Advertising Policies**

Overview
The Ad Review Process
Steps to Take if Disapproved
Prohibited Content
Restricted Content
Video Ads
Targeting
Positioning
Text in Ad Images
Lead Ads
Use of Our Brand Assets
Data Use Restrictions
Things You Should Know

7

Ads must not use tactics intended to circumvent our ad review process or other enforcement systems. This includes techniques that attempt to disguise the ad's content or destination page.

Learn more

### 29. Prohibited Financial Products and Services

Ads must not promote financial products and services that are frequently associated with misleading or deceptive promotional practices.

Learn more

### 30. Sale of Body Parts

Ads must not promote the sale of human body parts or fluids.

**Advertising Policies**

- Overview
- The Ad Review Process
- Steps to Take if Disapproved
- Prohibited Content
- Restricted Content
- Video Ads
- Targeting
- Positioning
- Text in Ad Images
- Lead Ads
- Use of Our Brand Assets
- Data Use Restrictions
- Things You Should Know

## 5. Restricted Content

### 1. Alcohol

Ads that promote or reference alcohol must comply with all applicable local laws, required or established industry codes, guidelines, licenses and approvals, and include age and country targeting criteria consistent with Facebook's targeting guidelines and applicable local laws. Note that ads promoting or referencing alcohol are prohibited in some countries, including but not limited to: Afghanistan, Brunei, Bangladesh, Egypt, Gambia, Kuwait, Libya, Lithuania, Norway, Pakistan, Russia, Saudi Arabia, Turkey, United Arab Emirates and Yemen.

Learn more

### 2. Dating

Ads for online dating services are only allowed with prior written permission. These must adhere to the dating targeting requirements and our dating quality guidelines found here. In order to be a registered dating partner, please fill out this form to begin your application process.

Learn more

### 3. Real Money Gambling

Ads that promote or facilitate online real money gambling, real money games of skill or real money lotteries, including online real money casino, sports books, bingo, or poker, are only allowed with prior written permission. Authorized gambling, games of skill or lottery ads must target people 18 years or older who are in jurisdictions for which permission has been granted.

Learn more

### 4. State Lotteries

Lotteries run by government entities may advertise on Facebook, provided the ads are targeted in accordance with applicable law in the jurisdiction in which the ads will be served and only target people in the jurisdiction in which the lottery is available.

Learn more

### 5. Online Pharmacies

Ads must not promote the sale of prescription pharmaceuticals. Ads for online and offline pharmacies are only permitted with prior written permission.

### 6. Promotion of Over-The-Counter Drugs

Ads that promote over-the-counter medicines must comply with all applicable local laws, required or established industry codes, guidelines, licenses and approvals, and include age and country targeting criteria consistent with applicable local laws.

### 7. Subscription Services

Ads for subscription services, or that promote products or services that include negative options, automatic renewal, free-to-pay conversion billing products, or mobile marketing are subject to

8

our subscription services requirements.

Learn more

### 8. Financial and Insurance Products and Services

Ads promoting credit card applications, or financial services with accredited institutions must clearly provide sufficient disclosure regarding associated fees, including APR percentages, transaction fees, interest rates and the physical address of the entity offering the product within the ad's landing page. Ads promoting credit cards, loans or insurance services must be targeted to people 18 years or above. Ads promoting credit cards, loans or insurance services must not directly request the input of a person's financial information, including credit card information.

Learn more

### 9. Branded Content

Ads promoting branded content must tag the featured third party product, brand or business partner using the branded content tool. Branded content within ads is defined as a creator or publisher's content that features or is influenced by a business partner for an exchange of value. When promoting branded content integrations, advertisers must use the branded content tool (please learn more here on how to tag the featured third party product, brand or business partner).

### 10.a Ads About Social Issues, Elections or Politics

Advertisers can run ads about social issues, elections or politics, provided the advertiser complies with all applicable laws and the authorization process required by Facebook. Where appropriate, Facebook may restrict issue, electoral or political ads.

Learn more

### 10.b Disclaimers for Ads About Social Issues, Elections or Politics

If Facebook's ad authorization process is available in your country, in addition to complying with the Community Standards and Advertising Policies, the disclaimer you submit for your ad about social issues, elections or politics must comply with the following guidelines. This information is provided by you during the ad authorization process and will be displayed on your ad's header.

Learn more

### 11. Cryptocurrency Products and Services

Ads may not promote cryptocurrency trading or related products and services without prior written permission. Details on the requirements for permission can be found, here.

Learn more

### 12. Drug and Alcohol Addiction Treatment

Facebook requires advertisers who wish to run addiction treatment ads targeting the USA to be certified with LegitScript, and apply to Facebook for permission to advertise.

Addiction treatment ads include, but are not limited to: Clinical addiction treatment services or websites providing information about in-person treatment, online and in-person support groups, and crisis hotlines for those in recovery or who are seeking information about addiction treatment.

Advertisers can apply for certification with LegitScript here.

Learn more

### 13. Cosmetic Procedures and Weight Loss

Ads marketing weight loss products and services must be targeted to people at least 18 years or older.
Ads marketing cosmetic surgeries and procedures must be targeted to people at least 18 years or older.

Learn more

## 6. Video Ads

**Advertising Policies**

- Overview
- The Ad Review Process
- Steps to Take if Disapproved
- Prohibited Content
- Restricted Content
- Video Ads
- Targeting
- Positioning
- Text in Ad Images
- Lead Ads
- Use of Our Brand Assets
- Data Use Restrictions
- Things You Should Know

Video ads and other dynamic ad types must comply with all of the rules listed in these Advertising Policies, including the Community Standards, as well as the policies below:

### 1. Disruptive Content

Videos and other similar ad types must not use overly disruptive tactics, such as flashing screens.

### 2. Entertainment Related Restrictions

Ads for movie trailers, TV shows, video game trailers, and other similar content intended for mature audiences are only allowed with prior written permission from Facebook and must target people who are 18 years or older. Excessive depictions of the following content within these ads are not allowed:

1. Drugs and alcohol use
2. Adult content
3. Profanity
4. Violence and gore

**Advertising Policies**

- Overview
- The Ad Review Process
- Steps to Take if Disapproved
- Prohibited Content
- Restricted Content
- Video Ads
- Targeting
- Positioning
- Text in Ad Images
- Lead Ads
- Use of Our Brand Assets
- Data Use Restrictions
- Things You Should Know

## 7. Targeting

1. You must not use targeting options to discriminate against, harass, provoke, or disparage users or to engage in predatory advertising practices.

2. If you target your ads to custom audiences, you must comply with the applicable terms when creating an audience.

## 8. Positioning

### 1. Relevance

All ad components, including any text, images or other media, must be relevant and appropriate to the product or service being offered and the audience viewing the ad.

### 2. Accuracy

Ads must clearly represent the company, product, service, or brand that is being advertised.

### 3. Related Landing Pages

The products and services promoted in an ad's text must match those promoted on the landing page, and the destination site must not offer or link to any prohibited product or service.

Learn more about ad quality best practices that can improve ad performance.

## 9. Text in Ad Images

Excessive text in ad images may result in your ad reaching fewer people or not running at all. Try to use little or no image text when possible. Visit the Advertiser Help Center to learn more about these guidelines and exceptions to the guidelines.

**Advertising Policies**

Overview

The Ad Review Process

Steps to Take if Disapproved

Prohibited Content

Restricted Content

Video Ads

Targeting

Positioning

Text in Ad Images

Lead Ads

Use of Our Brand Assets

Data Use Restrictions

Things You Should Know

## 10. Lead Ads

Advertisers must not create Lead Ads questions to request the following types of information without our prior written permission.

### 1. Account Numbers

Ads must not request account numbers, including frequent flyer numbers, loyalty card numbers, or cable or telephone account numbers without our prior permission.

### 2. Criminal History

Ads must not request information regarding criminal or arrest history without our prior permission.

Learn more

### 3. Financial Information

Ads must not request financial information, including bank account numbers, bank routing numbers, credit or debit card numbers, credit scores, income, net worth or how much debt someone has without our prior permission.

Learn more

### 4. Government Issued Identifiers

Ads must not request government-issued identifiers, including Social Security numbers, passport numbers or driver's license numbers without our prior permission.

### 5. Health Information

Ads must not request health information, including physical health, mental health, medical treatments, medical conditions or disabilities without our prior permission.

Learn more

### 6. Insurance Information

Ads must not request insurance information, including current insurance policy numbers, without our prior permission.

Learn more

### 7. Political Affiliation

Ads must not request information regarding political affiliation.

Learn more

### 8. Race or Ethnicity

Ads must not request information regarding race or ethnicity without our prior permission.

Learn more

### 9. Religion

Ads must not request information regarding religion or philosophical beliefs without our prior permission.

Learn more

### 10. Sexual Orientation

Ads must not request information regarding sexual orientation or information about the sexual life of the individual, including what gender(s) the person prefers to date, without our prior permission.

Learn more

### 11. Template Questions

11

Ads must not request the same or substantially similar information that you could use a Template Question to request.

Learn more

### 12. Trade Union Membership

Ads must not request information regarding trade Union membership status without our prior permission.

Learn more

### 13. Usernames or Passwords

Ads must not request usernames or passwords, including usernames and passwords for existing and new accounts, without our prior permission. If you want to direct people to sign up for an account with your site or service, you should use the **Clicks to Website** or **Website Conversions** objective when you run your ads.

Learn more

## 11. Use of Our Brand Assets

For ads that feature the Facebook or Instagram brands please refer to the Facebook Brand Resource Center and the Instagram Brand Resource Center to review brand guidelines and download approved assets.

### 1. Brand Endorsement

Ads must not imply a Facebook or Instagram endorsement or partnership of any kind, or an endorsement by any other Facebook Company.

### 2. Brand Usage in Ads

Ads linking to Facebook or Instagram content (including Pages, groups, events or sites that use Facebook Login) may make limited reference to "Facebook" or "Instagram" in ad text for the purpose of clarifying the destination of the ad.

Ads should not represent the Facebook brand in a way that makes it the most distinctive or prominent feature of the creative.

Facebook brand assets should not be modified in any way, such as by changing the design or color, or for the purpose of special effects or animation.

Learn more

### 3. Copyrights & Trademarks

All other ads and landing pages must not use our copyrights, trademarks, or any confusingly similar marks, except as expressly permitted by the Facebook Brand Resource Center and the Instagram Brand Resource Center, or with our prior written permission.

### 4. User Interface Screenshots

When featuring the Facebook, Messenger or Instagram User Interface (UI) in an ad, it must accurately depict how the UI currently appears and functions in product. If an action or functionality depicted cannot happen in the current product or within the current UI then it cannot appear to happen in an ad.

Depictions of the UI in ads must be featured within the context of a relevant device (ex, mobile or desktop) and as permitted by the Facebook Brand Guidelines or Instagram Brand Guidelines.

The UI may not be modified in any way, including, but not limited to: adding special effects, interference or animation. Glyphs or elements of the UI may not be used separately or individually.

## 12. Data Use Restrictions

**Advertising Policies**

- Overview
- The Ad Review Process
- Steps to Take if Disapproved
- Prohibited Content
- Restricted Content
- Video Ads
- Targeting
- Positioning
- Text in Ad Images
- Lead Ads
- Use of Our Brand Assets
- Data Use Restrictions
- Things You Should Know

12

**Advertising Policies**

Overview

The Ad Review Process

Steps to Take if Disapproved

Prohibited Content

Restricted Content

Video Ads

Targeting

Positioning

Text in Ad Images

Lead Ads

Use of Our Brand Assets

Data Use Restrictions

Things You Should Know

1. Ensure any ad data collected, received or derived from your Facebook or Instagram ad ("Facebook advertising data") is only shared with someone acting on your behalf, such as your service provider. You are responsible for ensuring your service providers protect any Facebook advertising data or any other information obtained from us, limit their use of all of that information, and keep it confidential and secure.

2. Don't use Facebook advertising data for any purpose (including retargeting, commingling data across multiple advertisers' campaigns, or allowing piggybacking or redirecting with tags), except on an aggregate and anonymous basis (unless authorized by Facebook) and only to assess the performance and effectiveness of your Facebook advertising campaigns.

3. Don't use Facebook advertising data, including the targeting criteria for your ad, to build, append to, edit, influence, or augment user profiles, including profiles associated with any mobile device identifier or other unique identifier that identifies any particular user, browser, computer or device.

4. Don't transfer any Facebook advertising data (including anonymous, aggregate, or derived data) to any ad network, ad exchange, data broker or other advertising or monetization related service.

## 13. Things You Should Know

1. The Advertising Policies apply to (1) ads and commercial content served by or purchased through Facebook, on or off the Facebook services, including ads purchased under AAAA/IAB Standard Terms and Conditions, (2) ads appearing within apps on Facebook, and (3) ads on Instagram. Your use of Facebook's advertising products and services is part of "Facebook" under Facebook's Statement of Rights and Responsibilities (https://www.facebook.com/legal/terms, the "SRR") and is subject to the SRR.You may be subject to additional terms or guidelines if you use Instagram or certain Facebook advertising-related products or services.

2. Advertisers are responsible for understanding and complying with all applicable laws and regulations. Failure to comply may result in a variety of consequences, including the cancellation of ads you have placed and termination of your account.

3. We do not use sensitive personal data for ad targeting. Topics you choose for targeting your ad don't reflect the personal beliefs, characteristics or values of the people who use Facebook or Instagram.

4. Once displayed, ads are public information. Ads may be re-shared and accessed outside of the targeted audience, including from the Facebook Page running the ads or within Facebook Products. If users have interacted with your ad, your ad may remain on Facebook products (for example, shared until the users delete it or visible to users through their account tools). If your ad is a political ad, it will be displayed in our Ad Archive. This means that Facebook may display (at no cost to you) and provide access to the ad content and creative, as well as information about the ad campaign (such as total spend and delivery data) for a period of seven (7) years from the completion of your order. Facebook may disclose your advertising content, and all information associated with your advertising, to a governmental entity or body if Facebook believes that disclosure would assist in a lawful investigation.

5. If you are managing ads on behalf of other advertisers, each advertiser or client must be managed through separate ad accounts. You must not change the advertiser or client associated with an established ad account; set up a new account. You are responsible for ensuring that each advertiser complies with these Advertising Policies.

13

## Advertising Policies

- Overview
- The Ad Review Process
- Steps to Take if Disapproved
- Prohibited Content
- Restricted Content
- Video Ads
- Targeting
- Positioning
- Text in Ad Images
- Lead Ads
- Use of Our Brand Assets
- Data Use Restrictions
- Things You Should Know

6. We reserve the right to reject, approve or remove any ad for any reason, in our sole discretion, including ads that negatively affect our relationship with our users or that promote content, services, or activities, contrary to our competitive position, interests, or advertising philosophy.

7. For policies that require prior written permission, Facebook or a Facebook Company may grant these permissions.

8. These policies are subject to change at any time without notice.

14

# EXHIBIT C



# Facebook Ad Library

The Ad Library provides advertising transparency by offering a comprehensive, searchable collection of all ads currently running from across Facebook Products, including Instagram. Anyone can explore the Library, with or without a Facebook or Instagram account.

You can access all active ads, even ones that may not have been shown to you because you weren't part of an advertiser's intended audience.



### See data for all ads about social issues, elections or politics

The Library contains data on every active and inactive ad about social issues, elections or politics that's run since May 2018. We'll keep each of these ads in the Library for seven years.

### Explore and download the Ad Library Report

We compile a snapshot of data for ads about social issues, elections or politics in the Ad Library Report. Browse, filter and download ad data.

