| | |
|---|---|
| MICHAEL D. SEPLOW, SBN 150183<br>mseplow@sshhlaw.com<br>AIDAN C. McGLAZE, SBN 277270<br>amcglaze@sshhlaw.com<br>SCHONBRUN SEPLOW HARRIS &<br>HOFFMAN LLP<br>11543 W. Olympic Blvd.<br>Los Angeles, CA 90064<br>Telephone:     (310) 396-0731<br>Facsimile:     (310) 399-7040<br><br>GERARD V. MANTESE (MI Bar # P34424)<br>gmantese@manteselaw.com<br>DAVID HONIGMAN (MI Bar # P33146)<br>dhonigman@manteselaw.com<br>KATHRYN EISENSTEIN (MI Bar #P66371)<br>keisenstein@manteselaw.com<br>MANTESE HONIGMAN, P.C.<br>1361 E. Big Beaver Road Troy, MI 48083<br>Telephone:     (248) 457-9200<br>Facsimile:     (248)-457-9201<br><br>PATRICIA A. STAMLER (MI Bar #35905)<br>pstamler@hertzschram.com<br>MATTHEW TURCHYN (MI Bar #76482)<br>mturchyn@hertzschram.com<br>HERTZ SCHRAM PC<br>1760 South Telegraph Road, Suite 300<br>Bloomfield Hills, MI 48302<br>Tel: 248-335-5000<br>Fax: 248-335-3346<br><br>*Attorneys for Plaintiffs* | ROSEMARIE T. RING (State Bar No. 220769)<br>rose.ring@mto.com<br>JONATHAN H. BLAVIN (State Bar No. 230269)<br>jonathan.blavin@mto.com<br>MARIANNA MAO (State Bar No. 318070)<br>Marianna.Mao@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street<br>Twenty-Seventh Floor<br>San Francisco, California 94105-2907<br>Telephone:     (415) 512-4000<br>Facsimile:     (415) 512-4077<br><br>JORDAN D. SEGALL (State Bar No. 281102)<br>jordan.segall@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>350 S. Grand Avenue, 50th Floor<br>Los Angeles, California 90071<br>Telephone:     (213) 683-9208<br>Facsimile:     (213) 687-3702<br><br>*Attorneys for Defendant, Facebook, Inc* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSEMARIE VARGAS, KISHA SKIPPER, JAZMINE SPENCER, DEILLO RICHARDS, on behalf of themselves individually, and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>FACEBOOK, INC.,<br><br>  Defendant. | Case No. 3:19-cv-05081-WHO<br><br>**STIPULATION AND ORDER RE: BRIEFING SCHEDULE AND DATES**<br><br>Judge:   Hon. William H. Orrick  Courtroom: 2, 17th Floor<br>Action Filed::     August 16, 2019 |

Case No. 3:19-cv-05081-WHO
STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE AND DATES

1  Plaintiffs Rosemarie Vargas, Kisha Skipper, Jazmine Spencer, Deillo Richards, and
2 Defendant Facebook, Inc. ("Facebook") (collectively, the "Parties"), by and through their
3 respective counsel of record, hereby stipulate, subject to the Court's approval, to extend Plaintiffs'
4 deadline to file their first amended complaint under the stipulated scheduling order previously
5 entered by the Court (Dkt. No. 45-1) ("Order") as follows:

6  WHEREAS, Plaintiffs' deadline to file a first amended complaint was July 8, 2020;

7  WHEREAS, Plaintiffs requested and Facebook agreed to extend the deadline for Plaintiffs
8 to file a first amended complaint until July 13, 2020, subject to reviewing the first amended
9 complaint to determine whether additional time would be needed to respond;

10  WHEREAS, the Parties have met and conferred and agree that, subject to Court approval,
11 Facebook should have an additional week to respond, resulting in the schedule below:

12  Facebook's Motion to Dismiss due: August 12, 2020;

13  Plaintiffs' Opposition due: September 9, 2020;

14  Facebook's Reply due: September 30, 2020;

15  Hearing/Initial CMC: October 14, 2020;

16  ACCORDINGLY, THE PARTIES HEREBY STIPULATE AND AGREE TO THE
17 FOLLOWING:

18  Subject to the Court's approval, the Parties stipulate to the following scheduling changes:

19  Facebook's Motion to Dismiss due: August 12, 2020;

20  Plaintiffs' Opposition due: September 9, 2020;

21  Facebook's Reply due: September 30, 2020;

22  Hearing/Initial CMC: October 14, 2020.

1  DATED:  July 28, 2020					MANTESE HONIGMAN, P.C.

2

3
							By:	  */s/Gerard Mantese*
4								GERARD MANTESE
								*Attorneys for Plaintiffs*
5

6  DATED:  July 28, 2020					MUNGER, TOLLES & OLSON LLP

7

8							By:	  */s/ Rosemarie T. Ring*
								ROSEMARIE T. RING
9								*Attorneys for Defendant, Facebook, Inc*

10

11  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

12
    DATED:  July 29, 2020				_____
13								WILLIAM H. ORRICK
								United States District Judge

-3-							Case No.
STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE AND DATES

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I, Gerard V. Mantese, am the ECF user whose ID and Password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from the signatories.

/s/ Gerard V. Mantese
Gerard V. Mantese
*Attorney for Plaintiffs*
