| | |
|---|---|
| MICHAEL D. SEPLOW, SBN 150183<br>mseplow@sshhlaw.com<br>AIDAN C. McGLAZE, SBN 277270<br>amcglaze@sshhlaw.com<br>SCHONBRUN SEPLOW HARRIS &<br>HOFFMAN LLP<br>11543 W. Olympic Blvd.<br>Los Angeles, CA 90064<br>Telephone: (310) 396-0731<br>Facsimile: (310) 399-7040<br><br>GERARD V. MANTESE (MI Bar # P34424)<br>gmantese@manteselaw.com<br>DAVID HONIGMAN (MI Bar # P33146)<br>dhonigman@manteselaw.com<br>KATHRYN EISENSTEIN (MI Bar #P66371)<br>keisenstein@manteselaw.com<br>MANTESE HONIGMAN, P.C.<br>1361 E. Big Beaver Road Troy, MI 48083<br>Telephone: (248) 457-9200<br>Facsimile: (248)-457-9201<br><br>PATRICIA A. STAMLER (MI Bar #35905)<br>pstamler@hertzschram.com<br>MATTHEW TURCHYN (MI Bar #76482)<br>mturchyn@hertzschram.com<br>HERTZ SCHRAM PC<br>1760 South Telegraph Road, Suite 300<br>Bloomfield Hills, MI 48302<br>Tel: 248-335-5000<br>Fax: 248-335-3346<br><br>*Attorneys for Plaintiffs* | ROSEMARIE T. RING (State Bar No. 220769)<br>rose.ring@mto.com<br>JONATHAN H. BLAVIN (State Bar No. 230269)<br>jonathan.blavin@mto.com<br>MARIANNA MAO (State Bar No. 318070)<br>Marianna.Mao@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street<br>Twenty-Seventh Floor<br>San Francisco, California 94105-2907<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077<br><br>JORDAN D. SEGALL (State Bar No. 281102)<br>jordan.segall@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>350 S. Grand Avenue, 50th Floor<br>Los Angeles, California 90071<br>Telephone: (213) 683-9208<br>Facsimile: (213) 687-3702<br><br>*Attorneys for Defendant, Facebook, Inc* |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSEMARIE VARGAS, KISHA SKIPPER, JAZMINE SPENCER, DEILLO RICHARDS, on behalf of themselves individually, and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>FACEBOOK, INC.,<br><br>　　　　Defendant. | Case No. 3:19-cv-05081-WHO<br><br>**JOINT ADMINISTRATIVE MOTION AND [PROPOSED] ORDER RELATING TO PLAINTIFFS' SECOND AMENDED COMPLAINT SETTING BRIEFING SCHEDULE AND REQUESTING EXTENSION OF PAGE LIMITS**<br><br>Judge: Hon. William H. Orrick<br>Courtroom: 2, 17th Floor<br>Action Filed:: August 16, 2019 |

Pursuant to Civil L.R. 7-11, Plaintiffs Rosemarie Vargas, Kisha Skipper, Jazmine Spencer, Deillo Richards, and Defendant Facebook, Inc. ("Facebook") (collectively, the "Parties"), by and through their respective counsel of record, respectfully file this joint administrative motion relating to Plaintiffs' Second Amended Complaint, which will be filed by stipulation of the parties concurrently with this motion, requesting an order setting a briefing schedule and extending page limits for Facebook's anticipated motion to dismiss the Second Amended Complaint as follows:

WHEREAS, Plaintiffs filed a First Amended Complaint on July 13, 2020 (ECF No. 48);

WHEREAS, Facebook's response to the First Amended Complaint is due on August 12, 2020 (ECF No. 59);

WHEREAS, the Parties have stipulated to Plaintiffs filing a Second Amended Complaint ("SAC") adding new plaintiffs and causes of action;

WHEREAS, the Parties have met and conferred and agree that, in light of the new causes of actions and subject to Court approval, the following schedule and modest extension of page limits should apply to Facebook's anticipated motion to dismiss the SAC:

Motion to dismiss due: September 4, 2020 (30 pages)

Opposition due: October 2, 2020 (30 pages)

Reply due: October 23, 2020 (17 pages)

Hearing/Initial CMC: November 11, 2020

ACCORDINGLY, the Parties jointly move for an order setting the following briefing schedule and page limits for Facebook's anticipated motion to dismiss the SAC:

Motion to dismiss due: September 4, 2020 (30 pages)

Opposition due: October 2, 2020 (30 pages)

Reply due: October 23, 2020 (17 pages)

Hearing/Initial CMC: November 11, 2020

| | | |
|---|---|---|
| DATED: August 10, 2020 | MANTESE HONIGMAN, P.C. | |
| | By: _/s/ Gerard Mantese_ | |
| | GERARD MANTESE | |
| | *Attorneys for Plaintiffs* | |
| DATED: August 10, 2020 | MUNGER, TOLLES & OLSON LLP | |
| | By: _/s/ Rosemarie T. Ring_ | |
| | ROSEMARIE T. RING | |
| | *Attorneys for Defendant, Facebook, Inc* | |

**PURSUANT TO THE PARTIES' JOINT ADMINISTRATIVE MOTION, IT IS SO ORDERED.**

DATED: _____

WILLIAM H. ORRICK
United States District Judge

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I, Rosemarie T. Ring, am the ECF user whose ID and Password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from the signatories.

/s/ *Rosemarie T. Ring*
ROSEMARIE T. RING