1  ROSEMARIE T. RING (State Bar No. 220769)
   Rose.Ring@mto.com
2  MARIANNA MAO (State Bar No. 318070)
   Marianna.Mao@mto.com
3  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
4  Twenty-Seventh Floor
   San Francisco, California 94105-2907
5  Telephone:     (415) 512-4000
   Facsimile:      (415) 512-4077
6
   Attorneys for Defendant Facebook Inc.
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| ROSEMARIE VARGAS, KISHA SKIPPER, JAZMINE SPENCER, DEILLO RICHARDS, on behalf of themselves individually, and on behalf of all others similarly situated,, | Case No. 19-cv-05081 |
|---|---|
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF APPEARANCE** |
| vs. | |
| FACEBOOK, INC., | |
| Defendant. | |

Case No. 19-cv-05081

NOTICE OF WITHDRAWAL OF APPEARANCE

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO THE CLERK AND ALL PARTIES OF RECORD: Please take notice that Elizabeth A. Kim withdraws her appearance on behalf of Defendant Facebook Inc. in the above-captioned case. Facebook Inc. will continue to be represented by Rosemarie T. Ring and Marianna Mao.

DATED: August 13, 2020          MUNGER, TOLLES & OLSON LLP


                                By:   */s/ Elizabeth A. Kim*
                                          Elizabeth A. Kim

                                Attorneys for Defendant Facebook Inc.