| | |
|---|---|
| MICHAEL D. SEPLOW, SBN 150183<br>mseplow@sshhlaw.com<br>AIDAN C. McGLAZE, SBN 277270<br>amcglaze@sshhlaw.com<br>SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP<br>11543 W. Olympic Blvd.<br>Los Angeles, CA 90064<br>Telephone: (310) 396-0731<br>Facsimile: (310) 399-7040<br><br>GERARD V. MANTESE (MI Bar # P34424)<br>gmantese@manteselaw.com<br>DAVID HONIGMAN (MI Bar # P33146)<br>dhonigman@manteselaw.com<br>KATHRYN EISENSTEIN (MI Bar #P66371)<br>keisenstein@manteselaw.com<br>MANTESE HONIGMAN, P.C.<br>1361 E. Big Beaver Road Troy, MI 48083<br>Telephone: (248) 457-9200<br>Facsimile: (248)-457-9201<br><br>PATRICIA A. STAMLER (MI Bar #35905)<br>pstamler@hertzschram.com<br>MATTHEW TURCHYN (MI Bar #76482)<br>mturchyn@hertzschram.com<br>HERTZ SCHRAM PC<br>1760 South Telegraph Road, Suite 300<br>Bloomfield Hills, MI 48302<br>Tel: 248-335-5000<br>Fax: 248-335-3346<br><br>*Attorneys for Plaintiffs* | ROSEMARIE T. RING (CA Bar No. 220769)<br>rose.ring@mto.com<br>JONATHAN H. BLAVIN (CA Bar No. 230269)<br>jonathan.blavin@mto.com<br>MARIANNA MAO (CA Bar No. 318070)<br>Marianna.Mao@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street<br>Twenty-Seventh Floor<br>San Francisco, California 94105-2907<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077<br><br>JORDAN D. SEGALL (CA Bar No. 281102)<br>jordan.segall@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>350 S. Grand Avenue, 50th Floor<br>Los Angeles, California 90071<br>Telephone: (213) 683-9208<br>Facsimile: (213) 687-3702<br><br>*Attorneys for Defendant, Facebook, Inc* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSEMARIE VARGAS, KISHA SKIPPER, JAZMINE SPENCER, DEILLO RICHARDS, JENNY LIN, and JESSICA TSAI, on behalf of themselves individually, and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>FACEBOOK, INC.,<br><br>  Defendant. | Case No. 3:19-cv-05081-WHO<br><br>**JOINT ADMINISTRATIVE MOTION AND [~~PROPOSED~~] ORDER ON BRIEFING SCHEDULE FOR FACEBOOK'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>Judge: Hon. William H. Orrick<br>Courtroom: 2, 17th Floor<br>Action Filed:: August 16, 2019 |

Pursuant to Civil L.R. 7-11, Plaintiffs Rosemarie Vargas, Kisha Skipper, Jazmine Spencer, Deillo Richards, Jenny Lin, Jessica Tsai, and Defendant Facebook, Inc. ("Facebook") (collectively, the "Parties"), by and through their respective counsel of record, respectfully stipulate as follows, subject to the Court's approval:

WHEREAS, Plaintiffs filed the Second Amended Complaint ("SAC") (ECF No. 61) on August 10, 2020;

WHEREAS, the Court entered the following briefing schedule (ECF No. 62) for Facebook's motion to dismiss the SAC:

Motion to dismiss due: September 4, 2020

Opposition due: October 2, 2020

Reply due: October 23, 2020

WHEREAS, the Court has set the hearing on the motion to dismiss and the case management conference for November 18, 2020 (ECF No. 72);

WHEREAS, in accordance with the above briefing schedule, Facebook has filed its motion to dismiss (ECF No. 64) and Plaintiffs have filed their opposition (ECF No. 69);

WHEREAS, the Parties have met and conferred and agree that, subject to the Court's approval, Facebook's deadline to file its reply will be extended until October 29, 2020, and that this extension shall not impact the November 18, 2020 hearing date;

ACCORDINGLY, the Parties jointly move for an order setting Facebook's reply deadline to be October 29, 2020.

DATED:  October 21, 2020            MANTESE HONIGMAN, P.C.


By: _____*/s/ Gerard Mantese*_____
     GERARD MANTESE
     *Attorneys for Plaintiffs*

| | |
|---|---|
| DATED:  October 21, 2020 | MUNGER, TOLLES & OLSON LLP |
| | By: _____*/s/ Rosemarie T. Ring*_____ |
| | ROSEMARIE T. RING |
| | *Attorneys for Defendant, Facebook, Inc* |

**[~~PROPOSED~~] ORDER**

**PURSUANT TO THE PARTIES' JOINT ADMINISTRATIVE MOTION, IT IS SO ORDERED.**

DATED: October 21, 2020

_____
WILLIAM H. ORRICK
United States District Judge

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I, Rosemarie T. Ring, am the ECF user whose ID and Password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from the signatories.

DATED:  October 21, 2020                MUNGER, TOLLES & OLSON LLP


By:  */s/ Rosemarie T. Ring*
     ROSEMARIE T. RING
     *Attorneys for Defendant, Facebook, Inc*