| | |
|---|---|
| MICHAEL D. SEPLOW, SBN 150183<br>mseplow@sshhlaw.com<br>AIDAN C. McGLAZE, SBN 277270<br>amcglaze@sshhlaw.com<br>SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP<br>11543 W. Olympic Blvd.<br>Los Angeles, CA 90064<br>Telephone: (310) 396-0731<br>Facsimile: (310) 399-7040<br><br>GERARD V. MANTESE (MI Bar # P34424)<br>gmantese@manteselaw.com<br>DAVID HONIGMAN (MI Bar # P33146)<br>dhonigman@manteselaw.com<br>KATHRYN EISENSTEIN (MI Bar #P66371)<br>keisenstein@manteselaw.com<br>MANTESE HONIGMAN, P.C.<br>1361 E. Big Beaver Road Troy, MI 48083<br>Telephone: (248) 457-9200<br>Facsimile: (248)-457-9201<br><br>PATRICIA A. STAMLER (MI Bar #35905)<br>pstamler@hertzschram.com<br>MATTHEW TURCHYN (MI Bar #76482)<br>mturchyn@hertzschram.com<br>HERTZ SCHRAM PC<br>1760 South Telegraph Road, Suite 300<br>Bloomfield Hills, MI 48302<br>Tel: 248-335-5000<br>Fax: 248-335-3346<br><br>*Attorneys for Plaintiffs* | ROSEMARIE T. RING (CA Bar No. 220769)<br>rose.ring@mto.com<br>JONATHAN H. BLAVIN (CA Bar No. 230269)<br>jonathan.blavin@mto.com<br>MARIANNA MAO (CA Bar No. 318070)<br>Marianna.Mao@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street<br>Twenty-Seventh Floor<br>San Francisco, California 94105-2907<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077<br><br>JORDAN D. SEGALL (CA Bar No. 281102)<br>jordan.segall@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>350 S. Grand Avenue, 50th Floor<br>Los Angeles, California 90071<br>Telephone: (213) 683-9208<br>Facsimile: (213) 687-3702<br><br>*Attorneys for Defendant, Facebook, Inc* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSEMARIE VARGAS, KISHA SKIPPER, JAZMINE SPENCER, DEILLO RICHARDS, JENNY LIN, and JESSICA TSAI, on behalf of themselves individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. 3:19-cv-05081-WHO<br><br>**JOINT ADMINISTRATIVE MOTION AND ORDER ON CONTINUANCE OF HEARING DATE**<br><br>Judge: Hon. William H. Orrick<br>Courtroom: 2, 17th Floor<br>Action Filed:: August 16, 2019 |

Pursuant to Civil L.R. 7-7 and 7-11, Plaintiffs Rosemarie Vargas, Kisha Skipper, Jazmine Spencer, Deillo Richards, Jenny Lin, Jessica Tsai, and Defendant Facebook, Inc. ("Facebook") (collectively, the "Parties"), by and through their respective counsel of record, respectfully stipulate as follows, subject to the Court's approval:

WHEREAS, Facebook's motion to dismiss the Third Amended Complaint has been fully briefed by the Parties (ECF No. 92);

WHEREAS, a hearing on Facebook's motion is set for June 9, 2021 (ECF No. 92);

WHEREAS, Facebook's lead counsel just learned of a family illness requiring her to request a continuance of the June 9 hearing date, and counsel for both parties have trials, other hearing, and planned vacations through August 13;

WHEREAS, the Parties have met and conferred and agree that, subject to the Court's approval, the hearing on Facebook's motion should be continued until August 18, 2021, or as soon thereafter as is convenient for the Court;

ACCORDINGLY, the Parties jointly move for an order setting the hearing on the motion to dismiss to be August 18, 2021.

DATED: June 4, 2021    MANTESE HONIGMAN, P.C.

By: ___/s/ Gerard Mantese___
GERARD MANTESE
*Attorneys for Plaintiffs*

DATED: June 4, 2021    MUNGER, TOLLES & OLSON LLP

By: ___/s/ Rosemarie T. Ring___
ROSEMARIE T. RING
*Attorneys for Defendant, Facebook, Inc*

**ORDER**

**PURSUANT TO THE PARTIES' JOINT ADMINISTRATIVE MOTION, IT IS SO ORDERED.**

DATED: June 7, 2021

_____
WILLIAM H. ORRICK
United States District Judge

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I, Rosemarie T. Ring, am the ECF user whose ID and Password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from the signatories.

DATED: June 4, 2021                   MUNGER, TOLLES & OLSON LLP


By:   /s/ Rosemarie T. Ring
      ROSEMARIE T. RING
      *Attorneys for Defendant, Facebook, Inc*