FILED

JUL 28 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROSEMARIE VARGAS; et al.,<br><br>            Plaintiffs-Appellants,<br><br> and<br><br>NEUHTAH OPIOTENNIONE; JESSICA TSAI,<br><br>            Plaintiffs,<br><br>  v.<br><br>FACEBOOK, INC.,<br><br>            Defendant-Appellee. | No.   21-16499<br><br>D.C. No. 3:19-cv-05081-WHO<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before:  M. MURPHY,[*] GRABER, and OWENS, Circuit Judges.

   The parties suggested at oral argument that they would file 28(j) letters.  The parties should address the relevance, if any, of the following cases in their letters:

- *Ragin v. Harry Macklowe Real Estate Co.*, 6 F.3d 898 (2d Cir. 1993)
- *Fair Housing Council of Suburban Philadelphia v. Montgomery Newspapers*, 141 F.3d 71 (3d Cir. 1998)
- *Wilson v. Glenwood Intermountain Properties, Inc.*, 98 F.3d 590 (10th Cir. 1996)

---

   [*]   The Honorable Michael R. Murphy, United States Circuit Judge for the U.S. Court of Appeals for the Tenth Circuit, sitting by designation.