UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

| **Date:** December 12, 2023 | **Time:** 19 minutes<br>2:14 p.m. to 2:33 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.**: 19-cv-05081-WHO | **Case Name:** Vargas v. Facebook, Inc. | |

**Attorneys for Plaintiff:**   Gerard V. Mantese and Douglas Toering
**Attorney for Defendant:**   Christopher Chorba

**Deputy Clerk:** Jean Davis           **Court Reporter:**  Marla Knox

**PROCEEDINGS**

Case Management Conference conducted via videoconference. The Court queries plaintiff counsel on the basis for anticipated amendment of the complaint. The Court directs that the amended complaint be filed no later than January 19, 2024, and that discovery move forward with dispatch. A case management schedule is adopted as indicated below. Defendant expresses concern about the length of the discovery period and the schedule in general given the age of the case. Early motions for denial of certification (or for certification) or summary judgment are acceptable so long as fulsome discovery has been exchanged. The schedule may also be adjusted by agreement. The mediation deadline previously agreed upon is not practical; counsel should propose a new date and neutral (or the Court's ADR program) prior to the next case management conference. The Court encourages counsel to engage in open communication.

**Further Case Management Conference:  May 14, 2024, at 2:00 p.m. \***

**CLASS CERTIFICATION SCHEDULE:**

| | |
|---|---|
| **Deadline for initial disclosures:**     ` | **December 12, 2023** |
| **Deadline to amend complaint:** | **January 19, 2024** |
| **Plaintiff preliminary expert disclosures:** | **December 6, 2024** |
| **Defendant preliminary expert disclosures:** | **January 31, 2025** |
| **Plaintiff rebuttal expert disclosures:** | **March 14, 2025** |
| **Motion for Class Certification:** | **June 18, 2025** |
| **Response:** | **August 13, 2025** |
| **Reply:** | **September 10, 2025** |
| **Hearing:** | **October 1, 2025, at 2:00 p.m.** |

\*Announced as 5/11/2024; revised in editing to fall on Tuesday.