| | |
|---|---|
| Gerard V. Mantese (MI Bar # P34424)<br>*gmantese@manteselaw.com*<br>David Honigman (MI Bar # P33146)<br>*dhonigman@manteselaw.com*<br>Kathryn Eisenstein (MI Bar #P66371)<br>*keisenstein@manteselaw.com*<br>*Admitted Pro Hac Vice*<br>MANTESE HONIGMAN, P.C.<br>1361 E. Big Beaver Road<br>Troy, MI 48083<br>Tel: 248-457-9200<br>Fax: (248)-457-9201 | Michael D. Seplow, SBN 150183<br>*mseplow@sshhzlaw.com*<br>Wilmer Harris, SBN 150407<br>*wharris@sshhzlaw.com*<br>SCHONBRUN SEPLOW HARRIS<br>HOFFMAN & ZELDES LLP<br>9415 Culver Boulevard, #115<br>Culver City, CA 90232<br>Tel: 310-396-0731<br>Fax: 310-399-7040<br><br>*Attorneys for Plaintiffs.* |
| Patricia A. Stamler (MI Bar #35905)<br>*pstamler@hertzschram.com*<br>Elizabeth Thomson (MI Bar #53579)<br>*lthomson@hertzschram.com*<br>Matthew Turchyn (MI Bar #76482)<br>*mturchyn@hertzschram.com*<br>*Admitted Pro Hac Vice*<br>HERTZ SCHRAM PC<br>1760 South Telegraph Road, Ste 300<br>Bloomfield Hills, MI 48302<br>Tel: 248-335-5000<br>Fax: 248-335-3346 | CHRISTOPHER CHORBA, SBN 216692<br>*cchorba@gibsondunn.com*<br>JAMES L. ZELENAY JR., SBN 237339<br>*jzelenay@gibsondunn.com*<br>DANIELLE HESSE, SBN 318321<br>*dhesse@gibsondunn.com*<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: (213) 229-7000<br>Facsimile: (213) 229-7520<br><br>*Attorneys for Defendant Meta Platforms (formerly known as Facebook, Inc.)* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSEMARIE VARGAS, KISHA SKIPPER, JAZMINE SPENCER, DEILLO RICHARDS, and JENNY LIN, on behalf of themselves individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | CASE NO. 3:19-cv-05081-WHO<br><br>**PUTATIVE CLASS ACTION**<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Action Filed: August 16, 2019<br><br>Honorable William H. Orrick |

1  **STIPULATION OF DISMISSAL**

2  Plaintiffs Rosemarie Vargas, Kisha Skipper, Jazmine Spencer, Deillo Richards, and Jenny
3  Lin, and Defendant Meta Platforms, Inc. (formerly Facebook, Inc.), by and through counsel,
4  hereby stipulate that this action shall be dismissed with prejudice and without costs or attorney
5  fees pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii).

7  IT IS SO STIPULATED.

9  Dated: September 19, 2024                    **MANTESE HONIGMAN, PC**

11                                              /s/ Gerard Mantese (MI Bar P34424)
12                                              *Attorneys for Plaintiffs.*

13 Dated: September 19, 2024                    **HERTZ SCHRAM PC**

15                                              /s/ Matthew Turchyn, (MI Bar P76482)
16                                              *Attorneys for Plaintiffs.*

17 Dated: September 19, 2024                    **SCHONBRUN SEPLOW HARRIS**
18                                              **HOFFMAN & ZELDES, LLP**

19
20                                              /s/ Michael Seplow, SBN 150183
                                                *Attorneys for Plaintiffs.*
21
22 Dated: September 19, 2024                    **GIBSON, DUNN & CRUTCHER LLP**

24                                              /s/ Christopher Chorba, SBN 216692
                                                *Attorneys for Defendant.*